UTICA,
August, 1823.

THE PEOPLE
v.
CHAPMAN.

---

THE PEOPLE *against* CHAPMAN, Sheriff of Seneca.

In assumpsit for less than 250 dollars; and attachment for not bringing in the defendant's body, common pleas costs alone are allowable;

And the rule to bring in body, notice and affidavit of service, &c. are properly taxable against the Sheriff; and should not be taxed in the original cause.

A retaining fee is allowable in the 2d cause.

ATTACHMENT. The original suit (*Stocking* v. *M'Crum*) was for less than 250 dollars *in assumpsit;* and, in taxing the costs upon the attachment, for not bringing in the defendant's body,

*Powers,* first Judge of *Cayuga,* allowed only common pleas costs. He also taxed the following items in the bill against the Sheriff, viz.

| | |
|---|---|
| *Retaining fee,* | $2,50 |
| *Motion and rule, that Sheriff bring in the body* | |
| *of defendant, or shew cause, &c.* | 37½ |
| *Notice of same, 19 cts. dr. affidavit of service,* | |
| *fol. 3, at 12 ½ cents, and copy, at 6 cents,* | 74½ |

On appeal from this taxation, it was moved 1. Whether, as the costs were but those of the Common Pleas, in the original suit, the costs of this suit should be the same; and *the Court* held that they should. 2. Whether a retaining fee should be allowed; and *held,* that it should, this being a new suit. 3. Whether the rule to bring in the body, with the above items, which follow, should be taxed in this suit; and *held* that they should; and so the taxation was affirmed

throughout. And 4. The rule for bringing in the body was stricken out of the bill of costs in the original cause, for the reason, that it was taxed against the Sheriff.

Rule accordingly.